UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRICK MEDLOCK,

    Plaintiff,

v.

TONY TRIERWEILER, et al.,

    Defendants.

_____/

Case No. 1:18-cv-785

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: May 21, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge